THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, *v.* JACOB GREENWALD, Respondent and Appellant.

Argued November 12, 1947; decided November 21, 1947.

*Charles Margett* and *Benjamin J. Jacobson* for appellant.

*Charles P. Sullivan, District Attorney* (*Henry W. Schober* of counsel), for respondent.

Order and judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.